UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE No: 5:10-CR-198-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER ON |
| vs. | ) | MOTION TO SEAL |
| | ) | |
| ROY JOHNSON RAYNOR, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's Motion to Seal, requesting that Defendant's Sentencing Memorandum be filed under seal.

FOR GOOD CAUSE SHOWN, the Motion is allowed and the Clerk is directed to file under seal Defendant's Sentencing Memorandum.

This 12 day of January, 2011.

_____
DISTRICT COURT JUDGE