UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE No: 5:10-CR-198-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER EXTENDING TIME TO |
| | ) | SELF-REPORT |
| ROY JOHNSON RAYNOR, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on motion of Defendant to extend Defendant's self-report date in the Order to Surrender to reflect that Defendant must report "no earlier than April 1, 2011."

FOR GOOD CAUSE SHOWN, the Motion is allowed and Defendant must surrender to the U.S. Bureau of Prisons by reporting when otherwise notified by the Court or U.S. Marshal's Service to report; however, Defendant's self-report date shall be no earlier than April 1, 2011.

This 27 day of January, 2011.

U.S. DISTRICT COURT JUDGE